FILED
MAY 0 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA     '08 MJ 8395

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 8, U.S.C., § 1326 Attempted Entry After Deportation (Felony) |
| Dael MELENDEZ-Chapas, | |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about May 8, 2008, within the Southern District of California, defendant Dael MELENDEZ-Chapas, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e. conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Honduras, and not having obtained said express consent to reapply for admission thereto; and committed an overt act, to wit, crossing the border from Mexico into the United States, that was a substantial step towards committing the offense, all in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

MARCO A. MIRANDA
Senior Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 9TH DAY OF MAY 2008.

RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
         v.
Dael MELENDEZ-Chapas

## STATEMENT OF FACTS

The complainant states that this complaint is based upon the statements of the apprehending Border Patrol Agent, R. Demara, that the Defendant was arrested on May 8, 2008 east of Calexico, California.

Agent Demara was performing his assigned Border Patrol duties approximately 7 miles east of the downtown Calexico, California Port of Entry. At approximately 3:45 a.m. the Remote Video Surveillance Systems (RVSS) operators observed two individuals cross the United States/Mexico International Boundary. The RVSS operator maintained constant visual of the pair as they ran north. Agent Demara responded to the area. The RVSS operator guided Agent Demara to the pair's location. Agent Demara found the subjects one later identified as, Dael MELENDEZ-Chapas. Agent Demara identified himself as a United States Border Patrol Agent and questioned him as to his immigration status. MELENDEZ-Chapas stated that he was a citizen of Mexico illegally in the United States. MELENDEZ-Chapas was arrested and transported to the Calexico Border Patrol Station for further processing.

Record checks revealed that an Immigration Judge ordered MELENDEZ-Chapas deported. Record checks also revealed MELENDEZ-Chapas was not a citizen of Mexico, but a citizen of Honduras. MELENDEZ-Chapas was ordered deported on July 31, 2001. Record checks revealed that MELENDEZ-Chapas has an extensive criminal record.

There is no evidence MELENDEZ-Chapas has sought or received permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States.